# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 2, 2018

156047 & (22)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

JAY LEE HOLMES,
       Defendant-Appellant.

SC: 156047
COA: 336318
Oakland CC: 2011-238085-FH

_____/

On order of the Court, the motion to supplement an issue is GRANTED. The application for leave to appeal the May 12, 2017 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

WILDER, J., did not participate because he was on the Court of Appeals panel.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 2, 2018



a0924

Clerk